No. 71–6514. RAYSOR ET AL. v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1078. MOITY v. LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

No. 71–1365. RANGER INSURANCE Co. v. CULBERSON, EXECUTRIX, ET AL. C. A. 5th Cir. Motion of respondent Culberson for leave to proceed in forma pauperis granted. Certiorari denied.

No. 71–1412. EYMAN, WARDEN v. HART. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 71–1462. SOLO CUP Co. v. ILLINOIS TOOL WORKS, INC. C. A. 7th Cir. Motion of Sweetheart Plastics, Inc., for leave to file a brief as amicus curiae granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 70–78. AFFILIATED UTE CITIZENS OF UTAH ET AL. v. UNITED STATES ET AL., 406 U. S. 128. Petition for rehearing denied. MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 71–962. KELLEY ET AL. v. TEXAS STATE BOARD OF MEDICAL EXAMINERS, 405 U. S. 1073. Petition for rehearing denied.